# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Huntington National Bank, successor-by-merger to TCF National Bank, | Civil No. 23-277 (DWF/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR JUDGMENT** |
| Meridian Technology Systems, Inc. and Daemon Price, | |
| Defendants. | |

This matter came before this Court on Plaintiff Huntington National Bank, successor-by-merger to TCF National Bank's ("Plaintiff") Motion for Default Judgment (Doc. No. 11) against Defendants Meridian Technology Systems, Inc. and Daemon Price ("Defendants"). Mark G. Schroeder of Taft Stettinius & Hollister LLP appeared on behalf of Plaintiff. There was no appearance by Defendants.

Based on all files, records, and proceedings herein:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. [11]) is **GRANTED** in its entirety.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 55(b)(2), a joint and several default judgment is hereby entered on Plaintiff's breach of contract claims (Counts I and II of the Complaint) against Defendants Meridian Technology Systems, Inc. and Daemon Price.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), Counts III, IV, V, and VI of Plaintiff's Complaint are voluntarily dismissed.

**IT IS FURTHER ORDERED** as follows:

a. Defendants are jointly and severally liable in the amount of $100,005.37 in monetary damages, exclusive of attorneys' fees, costs, and expenses, which is hereby awarded to Plaintiff.

b. Based upon review of the Declaration of Daniel N. Moak and Declaration of Mark G. Schroeder concerning expenses and attorneys' fees incurred by Plaintiff in connection with this action, this Court concludes that they are reasonable and necessary under the circumstances, and Defendants are jointly and severally liable for attorneys' fees and expenses in the amount of $5,796.00, plus any additional costs and any attorneys' fees incurred hereafter, which are recoverable under the subject Credit Agreements at issue in this action, and hereby awarded to Plaintiff in addition to the monetary damages awarded above.

c. Plaintiff shall be entitled to applicable post-judgment interest at the maximum rate allowed by law.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants in the total amount of $105,801.37 in accord with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 24, 2023            s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge